IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LORI PARKER-PARR | ) |
| | ) |
| v. | ) NO. 3:05-0722 |
| | ) JUDGE CAMPBELL |
| PROMETRIC, INC., et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 45), Objections filed by Defendant Educational Testing Services (Docket No. 49), and Plaintiff's Response to the Report and Recommendation (Docket No. 50).

The Court has reviewed the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved. Accordingly, Defendants' Motions to Dismiss (Docket No. 22 and 24) are DENIED.

This case shall be set for a bench trial after the Initial Case Management Conference.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE